1  Michael T. Hornak (State Bar No. 81936)
   email:  mhornak@rutan.com
2  Ronald P. Oines (State Bar No. 145016)
   email:  roines@rutan.com
3  Bradley A. Chapin (State Bar No. 232885)
   email:  bchapin@rutan.com
4  Ravi Mohan (State Bar No. 280673)
   email:  rmohan@rutan.com
5  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
6  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
7  Facsimile:  714-546-9035

8  Attorneys for Plaintiffs HID GLOBAL
   CORPORATION and ASSA ABLOY AB

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13 | HID GLOBAL CORPORATION, a        | Case No. **SACV14-00947 CJC (DFMx)**
   | Delaware corporation; and ASSA   |
14 | ABLOY AB, a Swedish Limited      | **COMPLAINT FOR INJUNCTION**
   | Liability Company,               | **AND DAMAGES FOR PATENT**
15 |                                  | **INFRINGEMENT**
   |          Plaintiffs,             |
16 |                                  | **DEMAND FOR JURY TRIAL**
   |     vs.                          |
17 |                                  |
   | KWIKSET CORPORATION, a           |
18 | Delaware corporation; and DOES 1 |
   | through 10, inclusive,           |
19 |                                  |
   |          Defendants.             |
20

21

22

23

24

25

26

27

28

                                 COMPLAINT FOR PATENT
                                 INFRINGEMENT

2118/025100-0032
7015092.1 a06/19/14

1    Plaintiffs HID GLOBAL CORPORATION ("HID"), and ASSA ABLOY AB

2 ("AAAB") (collectively, "Plaintiffs"), for their Complaint against defendant

3 KWIKSET CORPORATION ("Kwikset"), and DOES 1 through 10, inclusive,

4 allege as follows:

5                                 **JURISDICTION AND VENUE**

6    1.    This is an action for patent infringement arising under the Patent Laws

7 of the United States, Title 35, United States Code.  This Court has jurisdiction over

8 the subject matter of this action pursuant to 28 U.S.C. § 1338(a) (action arising

9 under an Act of Congress relating to patents) and 28 U.S.C. § 1331 (federal

10 question).

11    2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b).

12 Kwikset is subject to personal jurisdiction in this Judicial District, resides in this

13 Judicial District, has committed acts of infringement in this Judicial District, and has

14 a regular and established place of business in this Judicial District.

15                                      **THE PARTIES**

16    3.    HID is a Delaware corporation having its principal place of business

17 located at 15370 Barranca Parkway, Irvine, California.

18    4.    AAAB is a Limited Liability Company established under the laws of

19 Sweden and having a principal place of business in Stockholm, Sweden.  AAAB is

20 HID's parent company.

21    5.    On information and belief, defendant Kwikset is a Delaware

22 corporation  with a principal place of business located at 19701 Da Vinci, Lake

23 Forest, CA  92610.  Kwikset makes, uses, sells, offers to sell, and/or imports into the

24 United States a product called the "Kwikset Kevo" which infringes the patents

25 described below.

26    6.    The true names and capacities, whether individual, corporate, associate

27 or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to

28 Plaintiffs, which therefore sue said defendants by such fictitious names.  Plaintiffs

COMPLAINT FOR PATENT
INFRINGEMENT

1  will seek leave of this Court to amend this Complaint to include their proper names
2  and capacities when they have been ascertained.  Plaintiffs are informed and believe,
3  and based thereon allege, that each of the fictitiously named defendants participated
4  in and is in some manner responsible for the acts described in this Complaint and
5  the damage resulting therefrom.

6        7.      Plaintiffs allege on information and belief that each of the defendants
7  named herein as Does 1 through 10, inclusive, performed, participated in, or abetted
8  in some manner, the acts alleged herein, proximately caused the damages alleged
9  hereinbelow, and are liable to Plaintiffs for the damages and relief sought herein.

10                              **HID'S BUSINESS**

11        8.      HID is a leader in the delivery of secure identity solutions for millions
12  of customers throughout the world.  HID's identity solutions are used in a variety of
13  applications, including physical access control, logical access control, access card
14  printing and personalization, highly secure government identification and animal
15  identification.  HID's products, solutions and services are sold through a well-
16  established network of OEMs, developers, systems integrators and distributors
17  worldwide.  End users of HID's products, solutions and services include businesses
18  and organizations in virtually all industry sectors, including government, healthcare,
19  retail, industrial, commercial, airports, ports, finance and education.

20        9.      HID's physical access control products and solutions are sold under
21  HID's well-known brands, including iCLASS®, SmartID®, HID® Prox and
22  Indala® Prox.

23                          **THE PATENTS AT ISSUE**

24        10.     HID owns or is a licensee to numerous patents and other intellectual
25  property that relate to various aspects of HID's business.  The patents that are the
26  subject of this action, United States patent no. 8,150,374 (the "'374 Patent") and
27  United States patent no. 7,706,778 (the "'778 Patent") relate generally to the use of
28  mobile devices in a secure access system.

COMPLAINT FOR PATENT
INFRINGEMENT

11.    The '374 Patent, entitled "System and Method for Remotely Assigning and Revoking Access Credentials Using a Near Field Communication Equipped Mobile Phone," issued on April 3, 2012. AAAB owns by assignment, and HID is a licensee of, the '374 Patent. A true and correct copy of the '374 patent is attached as **Exhibit "A"**.

12.    The '778 Patent, entitled "System and Method for Remotely Assigning and Revoking Access Credentials Using a Near Field Communication Equipped Mobile Phone," issued on April 27, 2010. AAAB owns by assignment, and HID is a licensee of, the '778 Patent. A true and correct copy of the '778 patent is attached as **Exhibit "B"**.

### KWIKSET'S INFRINGEMENT

13.    On information and belief, Kwikset manufactures and sells door locks and hardware, including electronic access systems. The product that is the subject of this action is Kwikset's Kevo. The Kevo incorporates the invention disclosed in one or more claims of the '374 patent and one or more claims of the '778 patent.

### FIRST CLAIM FOR RELIEF

### (Patent Infringement – '374 Patent)

14.    Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 13, inclusive, and incorporate them herein by this reference.

15.    Defendants make, use, sell, offer to sale, and/or import into the United States products that meet each and every element of one or more claims of the '374 patent. As such, Defendants have infringed and are infringing the '374 patent.

16.    On information and belief, Defendants have had knowledge of the '374 Patent before and during their infringement of the '374 Patent. On information and belief, Defendants' infringement of the '374 patent has been and will continue to be willful, wanton and deliberate with full knowledge and awareness of Plaintiffs' patent rights.

17.    Plaintiffs have been damaged in an amount to be determined at trial,

COMPLAINT FOR PATENT INFRINGEMENT

1  but which is no less than a reasonable royalty, and irreparably injured by

2  Defendants' infringing activities.  Plaintiffs will continue to be so damaged and

3  irreparably injured unless such infringing activities are enjoined by this Court.

4      18.    Moreover, in light of the willful nature of Defendants' conduct, this

5  case should be deemed "exceptional" under the Patent Laws.  As a result, in addition

6  to damages, Plaintiffs are entitled to enhanced damages and their attorneys' fees and

7  costs incurred herein.

8  **SECOND CLAIM FOR RELIEF**

9  **(Patent Infringement – '778 Patent)**

10      19.    Plaintiffs reallege each and every allegation set forth in paragraphs 1

11  through 18, inclusive, and incorporate them herein by this reference.

12      20.    Defendants make, use, sell, offer to sale, and/or import into the United

13  States products that meet each and every element of one or more claims of the '778

14  patent.  As such, Defendants have infringed and are infringing the '778 patent.

15      21.    On information and belief, Defendants have had knowledge of the '778

16  Patent before and during their infringement of the '778 Patent.  On information and

17  belief, Defendants' infringement of the '778 patent has been and will continue to be

18  willful, wanton and deliberate with full knowledge and awareness of Plaintiffs'

19  patent rights.

20      22.    Plaintiffs have been damaged in an amount to be determined at trial,

21  but which is no less than a reasonable royalty, and irreparably injured by

22  Defendants' infringing activities.  Plaintiffs will continue to be so damaged and

23  irreparably injured unless such infringing activities are enjoined by this Court.

24      23.    Moreover, in light of the willful nature of Defendants' conduct, this

25  case should be deemed "exceptional" under the Patent Laws.  As a result, in addition

26  to damages, Plaintiffs are entitled to enhanced damages and their attorneys' fees and

27  costs incurred herein.

28

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendants as follows:

1.      That Defendants, their officers, directors, agents, servants, employees, and all persons and entities in active concert or participation with them, or any of them, be preliminarily and permanently enjoined and restrained from further infringement of the '374 Patent and the '778 Patent;

2.      A judgment by the Court that Defendants have infringed and are infringing the '374 Patent and the '778 Patent;

3.      An award of damages for infringement of the '374 Patent and the '778 Patent, together with prejudgment interest and costs, said damages to be trebled by reason of the intentional and willful nature of Defendants' infringement, as provided by 35 U.S.C. § 284;

4.      A determination that this case is "exceptional" under 35 U.S.C. § 285, and an award of Plaintiffs' reasonable attorneys' fees;

5.      That any monetary award include pre- and post-judgment interest at the highest rate allowed by law;

6.      For costs of suit; and

7.      For such other and further relief as the Court may deem just and proper.

Dated:  June 19, 2014

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
BRADLEY A. CHAPIN
RAVI MOHAN


By: _____
      Ronald P. Oines
Attorneys for Plaintiffs HID GLOBAL
CORPORATION and ASSA ABLOY
AB

COMPLAINT FOR PATENT
INFRINGEMENT

1

## DEMAND FOR JURY TRIAL

2    Pursuant to Local Rule 38-1 of the Local Rules of the United States District

3  Court for the Central District of California, Plaintiffs hereby demand a jury trial in

4  this action.

5  Dated:  June 19, 2014

RUTAN & TUCKER, LLP
6                                                                  MICHAEL T. HORNAK
RONALD P. OINES
7                                                                  BRADLEY A. CHAPIN
RAVI MOHAN

8

9                                                  By: _____
Ronald P. Oines
10                                                 Attorneys for Plaintiffs HID GLOBAL
CORPORATION and ASSA ABLOY
11                                                 AB

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

US008150374B2

## (12) United States Patent
Lowe

(10) Patent No.: **US 8,150,374 B2**

(45) Date of Patent: **Apr. 3, 2012**

(54) **SYSTEM AND METHOD FOR REMOTELY ASSIGNING AND REVOKING ACCESS CREDENTIALS USING A NEAR FIELD COMMUNICATION EQUIPPED MOBILE PHONE**

(75) Inventor: **Peter R. Lowe**, Peyton, CO (US)

(73) Assignee: **Assa Abloy AB** (SE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 66 days.

(21) Appl. No.: **12/628,574**

(22) Filed: **Dec. 1, 2009**

(65) **Prior Publication Data**

US 2010/0077466 A1     Mar. 25, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/397,542, filed on Apr. 3, 2006, now Pat. No. 7,706,778.

(60) Provisional application No. 60/668,828, filed on Apr. 5, 2005.

(51) **Int. Cl.**
*H04M 1/66* (2006.01)
*G01R 31/08* (2006.01)

(52) **U.S. Cl.** .......................... 455/411; 455/403; 370/252

(58) **Field of Classification Search** .................. 455/411, 455/403, 431, 422.1; 705/1, 39; 235/439; 713/186; 370/352; 380/277, 258; 709/205, 709/203, 202, 217
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,204,663 | A | 4/1993 | Lee |
| 5,678,200 | A | 10/1997 | Levi |
| 5,903,845 | A | 5/1999 | Buhrmann et al. |
| 6,216,227 | B1 | 4/2001 | Goldstein |
| 6,257,486 | B1 | 7/2001 | Teicher et al. |
| 6,374,356 | B1 | 4/2002 | Daigneault et al. |
| 6,577,229 | B1 | 6/2003 | Bonneau et al. |
| 6,668,322 | B1 | 12/2003 | Wood et al. |
| 6,719,200 | B1 | 4/2004 | Wiebe |
| 6,766,450 | B2 | 7/2004 | Micali |
| 6,859,650 | B1 | 2/2005 | Ritter |
| 6,895,234 | B1 | 5/2005 | Laursen et al. |
| 7,197,767 | B2 | 3/2007 | Kusakabe et al. |
| 7,308,254 | B1 | 12/2007 | Rissanen |
| 7,363,252 | B2 | 4/2008 | Fujimoto |
| 7,376,839 | B2 | 5/2008 | Carta et al. |
| 7,600,129 | B2 | 10/2009 | Libin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0829828 | 3/1998 |

(Continued)

OTHER PUBLICATIONS

Notice of Allowance for U.S. Appl. No. 11/397,542, mailed Feb. 18, 2010.

(Continued)

*Primary Examiner* — Charles Appiah
*Assistant Examiner* — Kiet Doan
(74) *Attorney, Agent, or Firm* — Sheridan Ross P.C.

(57) **ABSTRACT**

The present invention is generally directed toward a mobile device that can be used in a secure access system. More specifically, the mobile device can have credential data loaded thereon remotely updated, enabled, disabled, revoked, or otherwise altered with a message sent from, for example, a control panel and/or controller in the system.

**36 Claims, 5 Drawing Sheets**



EXHIBIT ___A___, PAGE ___7___

US 8,150,374 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,706,778 B2 | 4/2010 | Lowe | |
| 7,716,486 B2 | 5/2010 | Libin et al. | |
| 7,730,126 B2 | 6/2010 | Crawford | |
| 7,775,429 B2 | 8/2010 | Radicella et al. | |
| 2001/0018660 A1 | 8/2001 | Sehr | |
| 2003/0023874 A1* | 1/2003 | Prokupets et al. | 713/201 |
| 2004/0050930 A1 | 3/2004 | Rowe | |
| 2004/0059590 A1* | 3/2004 | Mercredi et al. | 705/1 |
| 2004/0177270 A1 | 9/2004 | Little et al. | |
| 2004/0180646 A1* | 9/2004 | Donley et al. | 455/411 |
| 2005/0149443 A1 | 7/2005 | Torvinen | |
| 2006/0052091 A1 | 3/2006 | Onyon et al. | |
| 2008/0163361 A1 | 7/2008 | Davis et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1103922 | 5/2001 |
| EP | 1628255 | 2/2006 |
| EP | 1841166 | 10/2007 |
| JP | 2002-129792 | 5/2002 |
| WO | WO 02/096070 | 11/2002 |
| WO | WO 03/081934 | 10/2003 |
| WO | WO 2004/025545 | 3/2004 |
| WO | WO 2005/024549 | 3/2005 |
| WO | WO 2005/091516 | 9/2005 |
| WO | WO 2005/096651 | 10/2005 |
| WO | WO 2007/139909 | 12/2007 |
| WO | WO 2008/024162 | 2/2008 |
| WO | WO 2008/024320 | 2/2008 |
| WO | WO 2008/035115 | 3/2008 |
| WO | WO 2008/042302 | 4/2008 |

### OTHER PUBLICATIONS

Official Action for Australian Patent Application No. 2006343377, dated Jun. 3, 2010.

Phillips Semiconductors—"Near Field Communication PN511-Transmission module", Feb. 2004, 18 pages.

Nokia—"Use Cases", http://www.nokia.com, 2005, 2 pages.

Esato—"Nokia Launches NFC Shell for Mobile Payments", available at http://www.esato.com/news/article.php/id=436, Feb. 25, 2005, 3 pages.

NFC Forum—"About Near Field Communication", available at http://www.nfc-forum.org/aboutnfc/, 2005, 3 pages.

Indala—"Product Families", available at http://www.indala.com/products/index.html, 2004, 2 pages.

International Search Report for International (PCT) Patent Application No. PCT/US06/15304, mailed Jun. 11, 2008.

Written Opinion for International (PCT) Patent Application No. PCT/US06/15304, mailed Jun. 11, 2008.

Official Action for U.S. Appl. No. 11/397,542, mailed Oct. 28, 2008, 15 pages.

Official Action for U.S. Appl. No. 11/397,542, mailed Mar. 31, 2009, 16 pages.

Official Action for U.S. Appl. No. 11/397,542, mailed Sep. 14, 2009, 12 pages.

* cited by examiner

U.S. Patent

Apr. 3, 2012

Sheet 1 of 5

US 8,150,374 B2

EXHIBIT A , PAGE 9



*Fig. 1*

U.S. Patent

Apr. 3, 2012

Sheet 2 of 5

US 8,150,374 B2

EXHIBIT A, PAGE 10



**Fig. 2**



**Fig. 3**

EXHIBIT __A__, PAGE __11__



**Fig. 4**



**Fig. 5**

EXHIBIT __A__, PAGE __13__

US 8,150,374 B2

1

### SYSTEM AND METHOD FOR REMOTELY ASSIGNING AND REVOKING ACCESS CREDENTIALS USING A NEAR FIELD COMMUNICATION EQUIPPED MOBILE PHONE

#### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 11/397,542, filed Apr. 3, 2006, which claims the benefit of U.S. Provisional Application Ser. No. 60/668,828, filed Apr. 5, 2005, the entire disclosures of which are hereby incorporated herein by reference.

#### FIELD OF THE INVENTION

The invention is directed generally to using mobile devices in an access control system. Specifically, a mobile device utilizing near field communications protocol (NFC) may be used for controlling access to assets, places, or things by having access credentials remotely assigned and revoked.

#### BACKGROUND OF THE INVENTION

Radio frequency IDs (RFIDs), like contactless smart cards, store credential information that can be used later to gain access to an asset. When presented to a reader/interrogator the smart card transmits the stored credential information for verification by the reader/interrogator. The reader/interrogator processes the credential information and determines if the smart card being presented is a valid smart card. If the reader/interrogator determines that the credential information on the smart card is valid then the reader/interrogator sends the initiates any number of actions allowing the holder of the smart card access to a particular asset.

NFC is a communication method that is showing great promise for communication between devices at short range. NFC may be regarded as the same protocol that is used by contactless smart cards working at 13.56 MHz. Several companies are in the process of announcing mobile phones that incorporate an NFC chip. The communication protocol of a typical NFC chip can be seen for instance in *Short Form Specification of the PN511-Transmission module, February 2004* from Philips Semiconductors, which is herein incorporated by reference in its entirety.

The protocol used in NFC can vary depending on the mode that the chip and reader/interrogator are in. For example, if an active NFC mode is used, both a reader/interrogator and target are using their own radio frequency (RF) field to enable communication between each other. A reader/interrogator is powered to generate an RF filed of a particular frequency, for instance at 13.56 MHz. The target has its own power supply for digital processing and communications. When the target receives a communication from a reader/interrogator, the target uses its own power supply to generate another RF field to answer the reader/interrogator. Communications can occur back and forth between the reader/interrogator and target. Alternatively, if a passive NFC mode is implemented, the target answers to a reader/interrogator command in a load modulation scheme. The target is not powered to generate its own RF field. Rather, the target uses energy from the RF created by the reader/interrogator to create its RF field and reply to be sent back to the reader/interrogator.

If the NFC chip is coupled with a micro-processor, the chip may act like smart cards or the like where communication between a reader and card are performed to gain access to an

2

asset. Typically a mobile phone includes a battery and the NFC chip can be powered by that battery. If the chip derives power from the mobile phone battery, the NFC chip may communicate with an reader/interrogator according to the active protocol described above. Alternatively, the NFC chip can communicate with a reader/interrogator in a passive mode. This will eliminate the need for the chip to be powered by the battery of a mobile phone, which may increase the life of the battery.

In most global system for mobile communication (GSM) devices, e.g., mobile phones, there is a Subscriber Identification Module (SIM) that is a secure memory containing all of the owner's account information, as well as space available for additional applications such as an electronic purse for e-commerce. This memory is accessible from outside of the mobile device, i.e., remotely. Mobile devices carry a secure memory much like smart cards or the like and the new applications in NFC protocols enable the mobile device to perform functions like smart cards. The ability to have a mobile device also operate as a smart card creates a variety of new applications for the device.

Typical smart cards are a small, usually credit card shaped, device that contains at least a memory device for storing information and a transceiver to communicate with a reader/interrogator. The reader/interrogator communicates through the transceiver on the smart card to access the stored information. The reader/interrogator may simply read the information, load the information into the memory device or modify existing data in the memory device. For example, if the owner of a smart card uses a smart card containing financial information to make a purchase, the reader/interrogator can read the information including the owner's identity and the availability of funds. The reader/interrogator can also deduct the purchase amount from the available funds if it has writing capabilities. Further, the reader/interrogator can store transaction data on the smart card including the time and location of the transaction in addition to the identity of the reader/interrogator.

Smart cards have a variety of uses and can be utilized in any transaction that involves the exchange of data or information between individuals and an institution. For example, smart cards can be used to store information including medical records, financial information, vehicle maintenance information, pet information, and a virtually limitless variety of other information traditionally printed on paper or plastic or stored on cards having a magnetic stripe or an optical bar code. Smart card technology has been particularly useful in banking systems and other financial transaction systems. Furthermore, smart cards have been widely used in access control systems. For example, an reader/interrogator may control doors that provide access to particular assets. The reader/interrogator only allows qualified individuals carrying smart cards, with proper credentials loaded thereon, access through control doors.

In a conventional access control system, the door reader/interrogators positioned at ingress/egress points are connected to a control panel. This control panel is kept up to date with the authorized codes corresponding to persons with authorized access to the location. When activity occurs, the control panel is updated with the activity information. For example, if the activity related to access gained through a particular door, the door and potentially the person who gained access are stored in the control panel log. Also, if the activity related to a financial transaction, the information relating to the transaction including amount and who performed the transaction are sent and stored at the control panel. There are, however, circumstances in which control panels

US 8,150,374 B2

3

associated with remote locations that are not regularly updated. If a person's status changes from authorized to unauthorized, it might take a relatively long time for the control panel associated with a remote door to get the message and bar the credential associated with this person from access. Furthermore, typical access control systems are limited in that control panels, either localized or central, are the only source that tracks, logs, and monitors the activity associated with a given access point. When entries take place in these conventional access control systems, the information is sent to the control panel where it stays. If someone would like to be aware of activity associated with the access control system they are usually required to physically go to the control panel itself.

## SUMMARY OF THE INVENTION

It is thus one aspect of the present invention to provide a system and method that automatically updates credentials on a mobile device immediately after authorization changes have been made. In one embodiment, the system and method provides a controller (e.g., a control panel, number of control panels, host computer, number of host computers, server, and the like), a plurality of readers, and a plurality of mobile devices. Each of the plurality of mobile devices has a memory associated with them that stores credential information. The readers are typically associated with a particular asset (e.g., a door permitting access to a secure room, a computer permitting access to secure information, a lock permitting access to a safe, etc.). The readers communicate with the mobile devices to determine if the credential information stored on the memory of the mobile device permits the person using the mobile device to access a particular asset. Credential information is verified at the reader then transmitted to the controller in order to notify security personnel or the like about the activity that has just taken place at the reader. When credential information is changed at the controller (e.g., access rights for a particular user of a mobile device have been partially or fully revoked, updated, enabled, augmented, added, etc.), that changed information is relayed to the mobile device via a communication network. The memory of the mobile device is then updated to reflect the change that was logged at the controller.

As used herein, a "credential" or "credential information" is any data, set of data, encryption scheme, key, and/or transmission protocol used by a particular mobile device to verify its authenticity with a reader/interrogator.

In another embodiment of the present invention, a system and method for periodically updating and/or enabling the credentials of a mobile device and/or reader is provided. Specifically, the controller updates the credential information of a mobile device on a predetermined periodic basis. Every predetermined period (e.g., every second, minute, hour, day, etc.) the credentials associated with one or a population of mobile devices is updated. At the same time, in one embodiment of the invention, the information relating to the updated credentials is relayed to the readers so that when a valid mobile device is presented to a reader, the reader is aware of the updated credentials and can assess the validity of the mobile device appropriately. Alternatively, or in addition to updating the mobile device credentials, the mobile devices may require a periodic enablement of their credentials in order to maintain their validity. For example, the credential information associated with a particular mobile device may not change, but the information will be erased, expire, or the mobile device may not be allowed to transmit its credential information if it does not receive the periodic enablement

4

messages from the controller. Therefore, when a user is no longer permitted access to a particular asset, the automatic enablement messages are not sent to his/her mobile device. If a user has had their credentials revoked or changed for whatever reason, they may attempt to shield their mobile device from receiving any authorization disabling messages. By changing the logic of the mobile device such that the credentials periodically time out unless an enabling message is received from the control panel, attempts to maintain or prolong authorized credentials by shielding mobile devices from a disabling message are thwarted.

In yet another embodiment of the present invention, a system and method for relaying information associated with activities detected at a reader or set of readers to a mobile device is provided. Rather than keeping a log of the activity information only at the controller, selected mobile devices can receive the activity information from the controller. In a residential lock situation, the system can send a Short Message Service (SMS) message/signaler the like to the mobile device of the homeowner. A homeowner at work may want to know when a child, housekeeper, or other person enters and exits their house. The selected mobile device could retrieve the message employing a number of other methods. For example, records of activities at a particular reader can be logged at that reader. A mobile device authorized to recover the activity log could be presented to the reader and the log file could be transferred to and displayed on the mobile device. Likewise, the reader (or the mobile device) could send the log file to a computer via email using various types of text messaging protocols.

These and other advantages will be apparent from the disclosure of the invention(s) contained herein. The above-described embodiments and configurations are neither complete nor exhaustive. As will be appreciated, other embodiments of the invention are possible using, alone or in combination, one or more of the features set forth above or described in detail below.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram depicting an exemplary system for authenticating mobile devices and remotely updating credentials associated with the mobile devices in accordance with embodiments of the present invention;

FIG. 2 is a block diagram depicting a mobile device in accordance with embodiments of the present invention;

FIG. 3 is a flow chart depicting a method of remotely updating credentials associated with a mobile device in accordance with embodiments of the present invention;

FIG. 4 is a flow chart depicting a method of periodically updating credentials associated with a mobile device in accordance with embodiments of the present invention; and

FIG. 5 is a flow chart depicting a method of relaying access activity in an exemplary system to a mobile device in accordance with embodiments of the present invention.

## DETAILED DESCRIPTION

The present invention is generally directed toward a system and method for using mobile communication devices as personal credential verification devices. Specifically, the present invention utilizes communication techniques and protocols to automatically and remotely update credential information associated with one or a set of mobile devices.

FIG. 1 depicts an access network 100 used to verify the identity of at least one mobile device. In one embodiment of the present invention, the system 100 comprises a controller

US 8,150,374 B2

5

102, a hub 104, a plurality of readers $108_{1-n}$, and a plurality of mobile devices $112_{1-k}$ such that n and k are integers wherein n and k are greater than or equal to one, and typically k is greater than n. The plurality of readers $108_{1-n}$ may include readers 108 of the same type, as well as readers of different types. For example, a subset of the plurality of readers $108_{1-n}$ may be legacy readers (e.g. readers using older transmission protocols). Whereas another subset of the plurality of readers $108_{1-n}$ may be newer readers utilizing improved and/or more secure protocols.

In the depicted embodiment, the readers 108 are coupled to the controller 102 via the interconnecting hub 104 through interfaces 124 and 128. In an alternate embodiment, the readers 108 may be directly coupled to the respective inputs/ outputs of the controller 102 via interface 129. Interfaces 124 and 128 between the readers 108, the hub 104, and the controller 102 and interface 129 are generally bi-directional interfaces, which may selectively be implemented in a form of wired, wireless, fiber-optic communication links, or combinations thereof. Even though the interfaces 124, 128, and 129 are depicted as bi-directional interfaces, one of skill in art can appreciate that the interfaces 124, 128, and 129 may be implemented as unidirectional interfaces that use a unidirectional communication protocol, for example, the Wiegandz protocol.

As can be appreciated by one of skill in the art, the interfaces 124, 128, and 129 may be implemented utilizing buses or other types of connections. For example, the I/O ports may be one or more of a USB port, parallel port, serial port, Small Computer Systems Interface (SCSI) port, modem, Ethernet, and/or an RF interface. The protocols used to communicate between the controller 102 and the readers 108 may include one or more of the TCP/IP protocol, RS 232, RS 485, Current Loop, Power of Ethernet (POE), Bluetooth, ZigBee, GSM, WiFi, and other communication methods and protocols known in the art.

Bi-directional RF interfaces 120 between a reader 108 and a mobile device 112 are automatically established when the mobile device 112 is placed within an active zone (not shown) of the interrogating reader 108. The active zone of the reader 108 is defined as a three dimensional space where the intensity of RF signals emitted by the reader exceeds a threshold of sensitivity of the mobile device 112 and the intensity of RF signals emitted by the mobile device 112 exceeds a threshold of sensitivity of the reader 108. The interface 120 shown can be between one or a number of readers 108 and one or a number of mobile devices 11. Furthermore, the interface 120 may utilize known methods and protocols including NFC protocol, Infra Red communication methods, Bluetooth, Zig-Bee, GSM, WiFi, and/or other protocols known to those of skill in the art.

The controller 102 may be a general-purpose computer adapted for multi-task data processing and suitable for use in various settings including, but not being limited to, business, commercial, residential, and industrial settings. Examples of suitable types of controllers 102 include, but are not limited to, a control panel, a number of control panels, a host computer, a processor, a server, combinations thereof, and other controllers known to those of skill in the art. A memory of the controller 102 comprises software program(s) containing a database of records for the access system 100. Alternatively, a database 130 may be separated from the controller 102 as depicted in FIG. 1. The database 130, whether integral to the controller 102, separate from the controller 102, or both, maintains records associated with the readers 108, mobile devices 112 and their respective holders or users, algorithm(s) for acquiring, decoding, verifying, and modifying data con-

6

tained in the mobile device, algorithm(s) for testing authenticity and validity of the mobile devices 112, and algorithm(s) for implementing the results of these tests. Specific configurations of the controller 102 are determined based on and compliant with computing and interfacing capabilities of the readers 108 and/or the hub 104. As used herein, in reference to an individual or an object associated with a mobile device 112, the terms a "holder" and a "user" are used interchangeably.

Each reader 108 is adapted for exchanging information with the controller 102 and for requesting data from the mobile device 112 to verify the authenticity of the mobile device. Typically, a reader 108 is associated with a particular asset (e.g., a door protecting access to a secure room, a computer lock protecting sensitive information or computer files, a lock on a safe, and the like). In one embodiment, upon verification of credential information stored on the mobile device 112, the reader 108 generates signals facilitating execution of the results of interrogating the mobile device (e.g., engages/disengages a locking mechanism, allows/disallows movement of a monitored article, temporarily disables itself, activates an alarm system, provides access to a computer system, provides access to a particular document, and the like). Alternatively, the controller 102 may generate such signals.

In addition to being proximity readers (e.g. readers that verify authenticity of smart cards, mobile devices and the like) the readers 108 may also have additional functionality. The readers 108 may include a keypad or other user input devices for receipt of additional user known passwords, contact card identification devices, and biometric authentication devices including voice recognition, retina scanners, finger print analyzers, facial feature analyzers, and the like.

In accordance with embodiments of the present invention, a stand-alone reader 108 may be utilized to perform the functionality of both the reader 108 and the controller 102. This stand-alone reader 108 may include, or have access to, the database 130 that contains data used to determine the authenticity of a mobile device 112 and/or algorithm(s) used to make the determination of authenticity of the mobile device 112. A determination of authenticity for a mobile device 112 is made at the receiving point rather than having to transmit data across a network from the reader 108 to a controller 102 in order to make a determination of authenticity. The stand-alone reader is further operable to execute instructions based upon the analysis of the mobile device 112.

A user typically carries the mobile devices 112 in order to verify his/her identity to a reader 108. Acceptable mobile devices 112 include, mobile cellular phones, personal digital assistants (PDAs), Blackberrys™, or any other mobile communication device that can be enabled for use in the access system 100 described. Essentially, the mobile device 112 can perform functions associated with typical mobile devices and can also act like a smart card, RFID, or other type of identification device. Typical identification devices utilize various protocols to communicate their credential information to a reader in order to gain access to a particular asset. The mobile devices 112, in accordance with embodiments of the present invention, are enabled to communicate with readers 108 in a similar fashion to that of smart cards and the like.

In accordance with embodiments of the present invention, the controller 102 is able to communicate with at least one of the plurality of the mobile devices 112 using a communication network 116. The communication network 116 utilized may be a conventional mobile radio network, for example, a GSM network, a Digital Cellular System (DCS), or Personal Communications Systems (PCS). The interface 132 may be a

US 8,150,374 B2

7

wired or wireless interface allowing the controller 102 to communicate with various other entities connected to the communication network 116. The mobile device 112 communicates with the communication network 116 via interface 136. The communication network 116 provides a way for the controller 102 to automatically notify and/or update information to the mobile devices 112 related to the access system 100. Additionally, the communication network 116 allows mobile devices 112 to communicate with each other.

Referring now to FIG. 2, an exemplary mobile device 112 will be described in accordance with embodiments of the present invention. In the depicted embodiment, the mobile device 112 comprises a memory 200, a processor 204, an RF receiver/transmitter 208 including an RF modulation/demodulation unit 212 and an RF antenna 216 for communication with a reader 108, an RF receiver/transmitter 230 including an antenna 226 and an RF modulation/demodulation unit 230 for communication with the communication network 116, an optional RF rectifier 220, and a power source 224. The processor 204 (e.g., an application specific integrated circuit (ASIC), microprocessor, programmable controller, or the like) uses bi-directional interfaces to communicate with various other parts of the mobile device 112.

One or more of the above-noted parts of the mobile device may be located on a subscriber identification module (SIM) card, which identifies the user in the communication network 116. SIM cards are already utilized now in GSM, DCS, or PCS mobile apparatus, among other things. Also, the SIM card may be either a full-sized card or a plug-in card; it is connected to the mobile device through a contact region (not shown) on the surface of the card. Other card formats, as well as contact lists SIM cards may, however, likewise be used within the scope of this invention. U.S. Pat. No. 6,859,650 to Ritter, which is herein incorporated by this reference in its entirety, describes using a SIM card located in a mobile device and an interface to communicate with external devices, without use of a mobile radio network.

As can be seen in FIG. 2, the mobile device 112, in one embodiment, communicates with external devices via two bi-directional interfaces 120 and 136. For example, the interface 120 where the RF antenna 216 transmits RF signals through free-space to be received by the reader 108. The reader 108 has a transceiver mounted thereon to receive the RF signals transmitted by the mobile device 112. The RF antenna 216 used by the mobile device 112 to create interface 120 may be a coil made by winding of a wire, by printing or etching of a conductor film, or with strip lines. Depending on the application, a transmission frequency, for instance, of 125 kHz, 13.56 MHz, 400 MHz or 5.2 GHz is used, the applied frequency also being dependent on the data transmission where needed. A frequency of about 13.56 MHz is preferred. However, in order to ensure compatibility with the readers 108, various other frequencies may be used. Through interface 120, the mobile device 112 and the reader 108 can exchange data and programs with each other without contact and without making use of the communications network 116. As noted above, the interface 120 is created when the mobile device 112 enters an active region of a reader 108.

The memory 200 of the mobile device 112 generally comprises at least one array of non-volatile memory cells, e.g., static random access memory (SRAM) cells or Flash Memory Cells, among other types of non-volatile memory cells. The memory 200 may also comprise at least one array of dynamic random access memory (DRAM) cells. Therefore a content of at least a portion of the memory 200 may be pre-programmed and write protected thereafter, whereas the

8

content of other portions of the memory 200 may be selectively modified and/or erased by the controller 102 and/or the reader 108.

The mobile device 112, according to embodiments of the present invention, is used as an identification device. Identification information is preferably loaded into a secure area of the memory 200 where it can be accessed by the processor 204 to communicate to readers 208 via interface 120. Information loaded on the memory 200 may include credential information of the user of the mobile device 112, for instance, unique IDs, manufacture IDs, passwords, keys, encryption schemes, transmission protocols, and the like. Additionally, the memory 200 may contain executable functions that are used by the processor 204 to run other components of the mobile device 112. When presented to a reader 108, the RF antenna 216 typically receives interrogating signals via interface 120. The interrogating signals are in the form of RF signals produced by the reader 108.

In accordance with embodiments of the present invention, the memory 200 may further comprise self-authenticating data and/or functions. Examples of self-authenticating data include, but are not limited to, assets the mobile device 112 has access to, times of allowed access to each asset, and other data that can assist the mobile device in determining if it is eligible to gain access to a particular asset. The self-authenticating functions use the self-authenticating data to enable the mobile device 112 to make a determination of its own access rights with respect to an asset.

A mobile device 112 that determines its own access rights and permissions is typically referred to as a smart mobile device. In operation, a "smart" mobile device 112 is presented to a reader 108. The reader 108 is associated with one or more assets and the reader 108 is the gatekeeper of those assets. The reader 108 contains information about its associated assets and usually time of day information. Upon presentation of the mobile device 112 to the reader 108, the reader 108 supplies the asset information and time of day information to the mobile device 112. The mobile device 112 then analyzes the asset information and time of day information using its self-authenticating data. The mobile device 112 then makes a determination whether it is allowed to access the given asset (e.g., whether the holder of the mobile device 112 can have access to a room behind a door, a bank account, computer files, etc.) If the mobile device 112 determines that it is allowed access to the particular asset, then it sends a signal back to the reader 108 indicating that validation of the mobile device 112 has been confirmed and access should be granted. Upon confirmation of validation of the mobile device 112, the reader 108 will unlock the door, access the bank account, permit access to the computer files, or perform the requisite steps to grant access to the holder of the mobile device 112. If the mobile device 112 determines that it is not allowed access to the particular asset, then it can either do nothing or send a signal back to the reader 108 indicating that validation of the mobile device 112 was not confirmed and access should not be granted. Upon the receipt of this signal, the reader 108 may perform no action, generate a message indicating that access was not granted, sound an alarm, or perform some other sort of action in accordance with denying the holder of the mobile device 112 access to the asset.

In operation, the reader 108 and the mobile device 112 use pre-programmed communication protocols. To increase the probability of error-free reception, the same messages may redundantly be repeated a pre-determined number of times or during a pre-determined timed interval. The interrogating reader 108 generates an interrogating RF signal. The interrogating RF signal of the interrogating reader 108 (or, if the

EXHIBIT A , PAGE 17

US 8,150,374 B2

9

protocol used by the mobile device 112 is an active protocol, RF signals produced by the mobile device 112) is received by the RFID antenna 216 and is forwarded to the modulation/demodulation unit 212 that in turn demodulates the RF signal and provides the demodulated signal for processing to the processor 204. Upon receipt of the RF signal by the processor 204, the memory 200 is accessed and relevant credential information is retrieved from the memory 200 by the processor 204. The retrieved credential information is then passed on to the modulation/demodulation unit 212 where it is modulated and sent to the RF antenna 216. The RF antenna 216 provides the modulated signal back to the reader 108 via interface 120. At the reader 108 or controller 102 the credential information is processed to determine the validity of the mobile device 112.

The RF signals generated by the reader 108 inherently contain electromagnetic energy. The signals can be sent to the optional RF rectifier 220 and the energy from those signals can be converted into energy to run various components of the mobile device 112. A power source 224 is also available to supply power to any other component of the mobile device 112 depicted or not depicted.

In accordance with embodiments of the present invention, the RF receiver/transmitter 234 for communication with the communication network 116 receives update signals (or other communication signals) from the communication network 116. In the event that the signal received by the antenna 226 is an update signal from the controller 102, the update signal is sent from the antenna 226 to the RF modulation/demodulation unit 230 where the signal is demodulated. The demodulated signal is sent to the processor 204, which then updates the memory 200 based on the update signal. The RF receiver/transmitter 230 also allows the mobile device 112 to communicate with other devices connected to the communications network 116.

Referring now to FIG. 3, a method of automatically and remotely updating credential information on a mobile device 112 will be described in accordance with embodiments of the present invention. The method begins at step 300 then proceeds to step 304 where credential information is changed at the controller 102. As noted above, credential information can include any data, set of data, encryption schemes, keys, transmission protocol, and the like, used by a particular mobile device 112 to verify its authenticity to a reader 108. Altering, modifying, enabling, disabling, revoking, adding, and updating any portion of the credential information may effect a change in the credential information. The credential information changed at the controller 102 is then updated at the database 130 in step 308. Thereafter, in step 312, information is retrieved from the database 130 by the controller 102 relating to what mobile device the changed information was associated with. The mobile device corresponding to the changed information is then identified as the target device. For example, if the access rights of one user have been modified, then the mobile device 112 associated with that user is the only mobile device 112 that needs to have its respective memory 200 updated, and thus the single mobile device 112 is the targeted mobile device 112. Alternatively, a change may relate to a number of mobile devices 112 and each device will need to receive the updated information on its respective memory 200. Thus each mobile device 112 will become a targeted device.

Once a targeted device is determined in step 312, a message is sent from the controller 102 to the determined (targeted) mobile device 112 via the communication network 116 in step 316. That information is received at the mobile device 112 through interface 136 by the antenna 226 that forwards

10

this information to the RF modulation/demodulation unit 230 where the signal is demodulated. The RF modulation/demodulation unit 230 then sends the demodulated update signal to processor 204. The processor updates the memory 200 to reflect the change that was made at the controller 102 in step 320.

Referring now to FIG. 4, another method of updating, enabling, and/or revoking the credentials of a mobile device 112 will be described in accordance with embodiments of the present invention. The method starts at step 400 and proceeds to step 404 where a time interval between credential updates is determined. The time period may vary depending upon the requirements and security needs of the system 100. For example, the interval may be set to update credentials every second, minute, hour, day or a variation thereof. In step 408, new credential information is determined. As noted above, the new credential information may relate to one or a number of mobile devices 112. In step 412, the new credential information is sent to the readers 108. Specifically, the readers 108 need to be made aware of changes of credential information if the changes are related to transmission protocols, keys, password changes, and the like. In step 416, the new credential information is sent to the respective mobile devices 112. This process is performed to ensure, for example, only mobile devices that are in communication with the communication network 116 have their credentials updated. Typically, when a user is de-enrolled from an access list, a message will be sent via a communication from the controller 102 to the mobile device 112 to revoke the associated credential information from the memory 200. A message is sent to the mobile device 112 immediately when that user is de-enrolled and therefore any attempts to gain access to the system 100 will be denied.

If the user who is no longer authorized to gain access to the system 100 intends to create problems, he/she might try to prevent the memory 200 in his/her phone from being de-authorized thereby keeping his/her access credentials on the mobile device 112. One way a person might do this would be by switching his/her phone off or otherwise shield it from the incoming messages by disabling the antenna 226 or tampering with interface 136. Thereafter he/she may only turn on and expose the mobile device 112 immediately prior to trying to gain access to an asset through reader 108. In one embodiment of the present invention, a signal (i.e., an SMS signal) periodically transmitted to the mobile device 112 is required to keep the respective credentials active. Changing the system 100 logic so that the mobile device's 112 credentials time out periodically thwarts these attempts to stop a mobile device 112 from receiving a disable message. If the mobile device 112 does not receive an enabling message, then the credential information stored thereon will become obsolete.

In embodiments employing a smart mobile device 112, the periodically transmitted message may be required to keep the self-authenticating data and/or functions active and up to date. Essentially, a database of self-authenticating data may have a time out function such that after a predetermined amount of time, the self-authenticating data expires and erases itself. This way when a smart mobile device 112 is presented to a reader 108, it will not be able to validate its own access rights and thus will not be able to grant itself access to the asset associated with the given reader 108. The self-authenticating data may also be dynamically changing, thus if the mobile device 112 does not receive the updated version of the authenticating data, it will not be able to validate its own access rights.

Other functions of a mobile device 112 may also require periodic update/enabling signals in order to allow the smart mobile device 112 to validate its own access rights. For

US 8,150,374 B2

11

example, communications protocols or communication frequencies between a reader 108 and a mobile device 112 may also periodically change. If the mobile device 112 does not receive the updated communications directions, it will not be able to communicate properly with the reader 108, thus it will not be able to gain access to a particular asset.

An alternative embodiment would be to change protocols related to the communication interface 120. The changes could be sent via a message across the communications network 116 to the mobile device 112 such that the mobile device 112 is aware of the rolling or constantly changing credential information. For example, rolling access codes and keys may be applied to the readers 108 and the mobile devices 112. Any mobile device that is not in communication with the communication network 116 will not be updated with these rolling codes and will therefore not be able to be properly validated by reader 108.

In step 420, the amount of elapsed time since the last credential update is determined and if this time is determined to be greater than or equal to the determined update interval in step 424, the method goes to step 408 and new credential information is determined. However, if the time elapsed is not greater than the update interval, the process repeats step 420 until the periodic threshold is reached.

Referring now to FIG. 5, a method of relaying information relating to activities in an access system will be described in accordance with at least some embodiments of the present invention. The process starts at step 500 and then proceeds to step 504 where activity is detected at a reader 108. Information related to that activity is determined in step 508 and potentially logged. The information may be stored at reader 108 and/or sent to controller 102 to be stored in database 130. Thereafter, it is determined if a mobile device 112 is enabled to receive information about the activity that has just occurred in step 512. If there is a mobile device 112 enabled to receive information, the identity of that mobile device 112 is determined in step 516 by the controller 102, using a comparison of access rights and mobile device identities in the database. Otherwise, the logged information is not sent to any mobile device and the method ends at step 524. Once the enabled mobile device(s) 112 is determined in step 516, information relating to the activity is sent to the enabled mobile device(s) 112 in step 520.

As noted above, the information relating to the activity may be stored at the reader 108 and logged there. An enabled mobile device 112 may be presented to reader 108 and the log file of activities that have occurred at that particular reader 108 may be relayed to the enabled mobile device 112 in step 520. The information may also be sent to the mobile device via communications network 116 from the controller 102. Messages may be sent using an SMS message or other types of text messages known in the art. Additionally, the message may be sent via a voice recording to the mobile device 112 where the user of the mobile device can listen to an audio message rather than viewing a digital message.

The present invention, in various embodiments, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various embodiments, subcombinations, and subsets thereof. Those of skill in the art will understand how to make and use the present invention after understanding the present disclosure. The present invention, in various embodiments, includes providing devices and processes in the absence of items not depicted and/or described herein or in various embodiments hereof, including in the absence of such items

12

as may have been used in previous devices or processes, e.g., for improving performance, achieving ease and\or reducing cost of implementation.

The foregoing discussion of the invention has been presented for purposes of illustration and description. The foregoing is not intended to limit the invention to the form or forms disclosed herein. In the foregoing Detailed Description for example, various features of the invention are grouped together in one or more embodiments for the purpose of streamlining the disclosure. This method of disclosure is not to be interpreted as reflecting an intention that the claimed invention requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed embodiment. Thus, the following claims are hereby incorporated into this Detailed Description, with each claim standing on its own as a separate preferred embodiment of the invention.

Moreover, though the description of the invention has included description of one or more embodiments and certain variations and modifications, other variations and modifications are within the scope of the invention, e.g., as may be within the skill and knowledge of those in the art, after understanding the present disclosure. It is intended to obtain rights which include alternative embodiments to the extent permitted, including alternate, interchangeable and/or equivalent structures, functions, ranges or steps to those claimed, whether or not such alternate, interchangeable and/or equivalent structures, functions, ranges or steps are disclosed herein, and without intending to publicly dedicate any patentable subject matter.

What is claimed is:

1. A method of remotely maintaining a secure access system, comprising:

storing, at a secure access system controller, a first set of credential data for at least one user of the secure access system, the secure access system controller in communication with a plurality of readers;

receiving, at the secure access system controller, a credential update for the at least one user of the secure access system; and

in response to receiving the credential update, the controller replacing the first set of credential data with a second set of credential data that is different from the first set of credential data and the controller further automatically initiating a system update process, the system update process comprising:

generating a message comprising information representing the controller's replacement of the first set of credential data with the second set of credential data;

determining at least one target for the message, wherein the at least one target comprises at least one mobile device associated with the at least one user;

transmitting the message to the at least one target;

receiving the message at the at least one mobile device; and

modifying at least a portion of memory of the at least one mobile device according to the updated credential information, wherein the modifying comprises at least one of disabling, revoking, and re-writing at least a portion of the memory.

2. The method of claim 1, wherein the system update process further comprises transmitting the message from the controller to at least one of the plurality of readers.

3. The method of claim 1, wherein the at least one mobile device has the first set of credential data stored thereon prior to the at least one mobile device receiving the message, and wherein upon receiving the message from the controller, the



US 8,150,374 B2

13

first set of credential data on the at least one mobile device is changed to the second different set of credential data and wherein the message is transmitted to the at least one mobile device without the controller receiving a request for the message from the at least one user.

4. The method of claim 3, wherein the first set of credential data has at least one of a key, password, unique ID, encryption scheme, and transmission protocol that is different in the second set of credential data.

5. The method of claim 1, further comprising, in the event that the at least one mobile device does not receive the message and is subsequently presented to a first reader in the plurality of readers, determining, by the first reader, that the at least one mobile device is invalid.

6. The method of claim 1, wherein the credential updates are received at the controller on a periodic basis.

7. The method of claim 1, further comprising:

disabling at least a portion of the memory unless an enabling message is received.

8. The method of claim 1, further comprising de-enrolling a user of at least one mobile device from an access list, wherein the credential update is generated and transmitted to the controller in response to de-enrolling the user from the access list.

9. The method of claim 1, wherein the message is transmitted over a cellular communication network.

10. The method of claim 1, wherein the message is transmitted by at least one of a radio frequency signal and a near field communication signal.

11. The method of claim 1, further comprising:

presenting the at least one mobile device to a first reader in the plurality of readers;

generating a second message comprising information related to the at least one mobile device being presented to the reader; and

sending the second message to at least one of a database, controller, and another mobile device.

12. The method of claim 11, wherein the second message is sent via a short message service (SMS) message.

13. The method of claim 1, wherein the credential update is pushed toward the at least one mobile device without any solicitation by the at least one mobile device or a user of the at least one mobile device.

14. A secure access system, comprising:

at least one mobile device comprising memory, wherein the memory comprises credential information;

a controller in communication with a plurality of readers that secure one or more assets, the controller being configured to receive a credential update for at least one user of the secure access system, the credential update impacting the at least one user's permissions for accessing the one or more assets secured by the plurality of readers and, in response to receiving the credential update, automatically initiate a system update process, wherein during the system update process the controller automatically causes a message to be generated that comprises the updated credential, and causes the message to be transmitted to the at least one mobile device associated with the at least one user, wherein the plurality of readers are configured to determine an authenticity of the at least one mobile device, and wherein credential information on the memory is at least one of disabled, revoked, and re-written in response to receiving the message; and

a database which maintains information related to the system, wherein the controller is further operable to cause a second message to be generated that comprises the

14

updated credential and causes the second message to be transmitted to at least one of the database and the plurality of readers.

15. The system of claim 14, wherein the plurality of readers are configured to determine an authenticity of the at least one mobile device, the system further comprising:

a database for maintaining information related to the system, wherein the controller is further operable to cause a second message to be generated that comprises the updated credential and cause the second message to be transmitted to at least one of the database and the plurality of readers.

16. The system of claim 15, wherein, in the event that the at least one mobile device does not receive the message, credentials of the at least one mobile device become obsolete.

17. The system of claim 14, wherein, upon presentation of the at least one mobile device to the at least one reader, the authenticity of the at least one mobile device is determined to be invalid.

18. The system of claim 14, wherein credential information on the memory is altered in response to receiving the message and wherein the credential update is initiated by an entity other than the at least one user.

19. The system of claim 18, wherein the credential information altered on the memory comprises at least one of a key, password, unique ID, encryption scheme, and transmission protocol.

20. The system of claim 14, wherein credential updates are received at the controller on a periodic basis.

21. The system of claim 14, wherein the mobile device comprises a timing-out mechanism, wherein the timing-out mechanism is operable to disable the memory unless an enabling message is received from the controller.

22. The system of claim 14, wherein the controller causes the message to be transmitted to the mobile device via at least one of a global system for mobile communications, a digital cellular system, and a personal communications system.

23. The system of claim 14, wherein the at least one mobile device is at least one of a cellular phone, and personal digital assistant.

24. The system of claim 14, wherein the credential update is initiated in response to de-enrolling at least one user from a list of authorized users.

25. The system of claim 14, wherein the at least one mobile device comprises a plurality of mobile devices, and wherein credential information in each one of the plurality of mobile devices is altered.

26. The system of claim 14, wherein the at least one mobile device comprises a plurality of mobile devices, and wherein credential information in less than all of the plurality of mobile devices is altered.

27. The system of claim 14, wherein the message is transmitted via at least one of a radio frequency and near field communication signal.

28. The system of claim 14, wherein the message is transmitted via a cellular communications network.

29. The system of claim 14, wherein the credential update is pushed toward the at least one mobile device without any solicitation by the at least one mobile device or a user of the at least one mobile device.

30. A mobile device for use by a user in a secure access system, comprising:

a memory, wherein the memory comprises credential information; and

an interface operable to communicate with a reader and further operable to receive messages relating to updated-credential information, wherein, upon receipt of a first


EXHIBIT A, PAGE 20

US 8,150,374 B2

15

message, the credential information for the user is automatically changed from a first state to a second state and wherein the messages relating to updated-credential information are received without the at least one user transmitting a request for the messages, wherein in the event that the first message is not received, the credential information is maintained in the first state and as a result becomes obsolete, and wherein the reader is operable to determine an authenticity of the mobile device based at least in part upon the credential information, and upon presentation of the mobile device to the reader, the authenticity of the mobile device is determined to be invalid.

31. The device of claim 30, wherein the reader is associated with a controller and the controller is operable to determine an authenticity of the mobile device based at least in part upon the credential information.

16

32. The device of claim 31, wherein the reader is operable to determine an authenticity of the mobile device based at least in part upon the credential information.

33. The device of claim 30, wherein the credential information comprises at least one of a key, password, unique ID, encryption scheme, and transmission protocol.

34. The device of claim 30, wherein the at least one of a key, password, unique ID, encryption scheme, and transmission protocol is different in the first state than in the second state.

35. The device of claim 30, further comprising a timing-out mechanism, wherein the timing-out mechanism is operable to disable the memory unless an enabling message is received.

36. The device of claim 30, wherein a near field communications protocol is used by the first interface to communicate with the reader.

\* \* \* \* \*

# EXHIBIT "B"

US007706778B2

(12) **United States Patent**
Lowe

(10) **Patent No.:**    **US 7,706,778 B2**
(45) **Date of Patent:**    **Apr. 27, 2010**

(54) **SYSTEM AND METHOD FOR REMOTELY ASSIGNING AND REVOKING ACCESS CREDENTIALS USING A NEAR FIELD COMMUNICATION EQUIPPED MOBILE PHONE**

(75) Inventor:    **Peter R. Lowe**, Peyton, CO (US)

(73) Assignee:    **Assa Abloy AB**, Stockholm (SE)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 600 days.

(21) Appl. No.: **11/397,542**

(22) Filed:    **Apr. 3, 2006**

(65)    **Prior Publication Data**

US 2006/0224901 A1    Oct. 5, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/668,828, filed on Apr. 5, 2005.

(51) **Int. Cl.**
*H04M 1/66*    (2006.01)
*H04L 29/06*    (2006.01)
(52) **U.S. Cl.** ........................ 455/411; 713/200; 713/158
(58) **Field of Classification Search** ................ 713/200, 713/201, 158; 455/403, 461, 414, 412, 411; 705/1
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

5,903,845 A  *  5/1999  Buhrmann et al. .......... 455/461

| 6,374,356 | B1 | 4/2002 | Daigneault et al. | |
|---|---|---|---|---|
| 6,577,229 | B1 | 6/2003 | Bonneau et al. | |
| 6,668,322 | B1 | 12/2003 | Wood et al. | |
| 6,719,200 | B1 | 4/2004 | Wiebe | |
| 6,766,450 | B2 | 7/2004 | Micali | |
| 6,859,650 | B1 | 2/2005 | Ritter | |
| 6,895,234 | B1 * | 5/2005 | Laursen et al. | .............. 455/403 |
| 2003/0023874 | A1 * | 1/2003 | Prokupets et al. | .......... 713/201 |
| 2004/0059590 | A1 * | 3/2004 | Mercredi et al. | ................ 705/1 |
| 2004/0177270 | A1 * | 9/2004 | Little et al. | ................. 713/200 |
| 2004/0180646 | A1 * | 9/2004 | Donley et al. | .............. 455/411 |
| 2008/0163361 | A1 | 7/2008 | Davis et al. | |

FOREIGN PATENT DOCUMENTS

| WO | WO 2004/025545 | 3/2004 |
|---|---|---|
| WO | WO 2005/024549 | 3/2005 |

OTHER PUBLICATIONS

Phillips Semiconductoers—"Near Field Communication PN511-Transmision module." (Feb. 2004) (18 pages).
Nokia—"Use Cases" http://www.nokia.com (Copyright 2005) (2 pages).

(Continued)

*Primary Examiner*—Charles N Appiah
*Assistant Examiner*—Kiet Doan
(74) *Attorney, Agent, or Firm*—Sheridan Ross P.C.

(57)    **ABSTRACT**

The present invention is generally directed toward a mobile device that can be used in a secure access system. More specifically, the mobile device can have credential data loaded thereon remotely updated, enabled, disabled, revoked, or otherwise altered with a message sent from, for example, a control panel and/or controller in the system.

**42 Claims, 5 Drawing Sheets**



US 7,706,778 B2

Page 2

## OTHER PUBLICATIONS

Esato—"Nokia Launches NFC Shell for Mobile Payments" http://www.esato.com/news/article.php/id=436 (Feb. 25, 2005) (3 pages).
NFC Forum—"About Near Field Communication" http://www.nfc-forum.org/aboutnfc/ (Copyright 2005) (3 pages).
Indala—"Product Families" www.indala.com/products/index.html (Copyright 2004) (2 pages).

International Search Report for International (PCT) Patent Application No. PCT/US06/15304, mailed Jun. 11, 2008.
Written Opinion for International (PCT) Patent Application No. PCT/US06/15304, mailed Jun. 11, 2008.

* cited by examiner

U.S. Patent

Apr. 27, 2010

Sheet 1 of 5

US 7,706,778 B2

EXHIBIT B , PAGE 24



Fig. 1

U.S. Patent

Apr. 27, 2010

Sheet 2 of 5

US 7,706,778 B2

EXHIBIT B, PAGE 26



*Fig. 2*



**Fig. 3**



**Fig. 4**



**Fig. 5**

US 7,706,778 B2

1

# SYSTEM AND METHOD FOR REMOTELY ASSIGNING AND REVOKING ACCESS CREDENTIALS USING A NEAR FIELD COMMUNICATION EQUIPPED MOBILE PHONE

## CROSS-REFERENCE TO RELATED APPLICATION

The present application claims the benefit, under 35 U.S.C. §119(e), of U.S. Provisional Application Ser. No. 60/668,828 filed Apr. 5, 2005, which is incorporated herein by this reference.

## FIELD OF THE INVENTION

The invention is directed generally to using mobile devices in an access control system. Specifically, a mobile device utilizing near field communications protocol (NFC) may be used for controlling access to assets, places, or things by having access credentials remotely assigned and revoked.

## BACKGROUND OF THE INVENTION

Radio frequency IDs (RFIDs), like contactless smart cards, store credential information that can be used later to gain access to an asset. When presented to a reader/interrogator the smart card transmits the stored credential information for verification by the reader/interrogator. The reader/interrogator processes the credential information and determines if the smart card being presented is a valid smart card. If the reader/interrogator determines that the credential information on the smart card is valid then the reader/interrogator sends the initiates any number of actions allowing the holder of the smart card access to a particular asset.

NFC is a communication method that is showing great promise for communication between devices at short range. NFC may be regarded as the same protocol that is used by contactless smart cards working at 13.56 MHz. Several companies are in the process of announcing mobile phones that incorporate an NFC chip. The communication protocol of a typical NFC chip can be seen for instance in *Short Form Specification of the PN511-Transmission module*, February 2004 from Philips Semiconductors, which is herein incorporated by reference in its entirety.

The protocol used in NFC can vary depending on the mode that the chip and reader/interrogator are in. For example, if an active NFC mode is used, both a reader/interrogator and target are using their own radio frequency (RF) field to enable communication between each other. A reader/interrogator is powered to generate an RF filed of a particular frequency, for instance at 13.56 MHz. The target has its own power supply for digital processing and communications. When the target receives a communication from a reader/interrogator, the target uses its own power supply to generate another RF field to answer the reader/interrogator. Communications can occur back and forth between the reader/interrogator and target. Alternatively, if a passive NFC mode is implemented, the target answers to a reader/interrogator command in a load modulation scheme. The target is not powered to generate its own RF field. Rather, the target uses energy from the RF created by the reader/interrogator to create its RF field and reply to be sent back to the reader/interrogator.

If the NFC chip is coupled with a micro-processor, the chip may act like smart cards or the like where communication between a reader and card are performed to gain access to an asset. Typically a mobile phone includes a battery and the

2

NFC chip can be powered by that battery. If the chip derives power from the mobile phone battery, the NFC chip may communicate with a reader/interrogator according to the active protocol described above. Alternatively, the NFC chip can communicate with a reader/interrogator in a passive mode. This will eliminate the need for the chip to be powered by the battery of a mobile phone, which may increase the life of the battery.

In most global system for mobile communication (GSM) devices, e.g., mobile phones, there is a Subscriber Identification Module (SIM) that is a secure memory containing all of the owner's account information, as well as space available for additional applications such as an electronic purse for e-commerce. This memory is accessible from outside of the mobile device, i.e., remotely. Mobile devices carry a secure memory much like smart cards or the like and the new applications in NFC protocols enable the mobile device to perform functions like smart cards. The ability to have a mobile device also operate as a smart card creates a variety of new applications for the device.

Typical smart cards are a small, usually credit card shaped, device that contains at least a memory device for storing information and a transceiver to communicate with a reader/interrogator. The reader/interrogator communicates through the transceiver on the smart card to access the stored information. The reader/interrogator may simply read the information, load the information into the memory device or modify existing data in the memory device. For example, if the owner of a smart card uses a smart card containing financial information to make a purchase, the reader/interrogator can read the information including the owner's identity and the availability of funds. The reader/interrogator can also deduct the purchase amount from the available funds if it has writing capabilities. Further, the reader/interrogator can store transaction data on the smart card including the time and location of the transaction in addition to the identity of the reader/interrogator.

Smart cards have a variety of uses and can be utilized in any transaction that involves the exchange of data or information between individuals and an institution. For example, smart cards can be used to store information including medical records, financial information, vehicle maintenance information, pet information, and a virtually limitless variety of other information traditionally printed on paper or plastic or stored on cards having a magnetic stripe or an optical bar code. Smart card technology has been particularly useful in banking systems and other financial transaction systems. Furthermore, smart cards have been widely used in access control systems. For example, an reader/interrogator may control doors that provide access to particular assets. The reader/interrogator only allows qualified individuals carrying smart cards, with proper credentials loaded thereon, access through control doors.

In a conventional access control system, the door reader/interrogators positioned at ingress/egress points are connected to a control panel. This control panel is kept up to date with the authorized codes corresponding to persons with authorized access to the location. When activity occurs, the control panel is updated with the activity information. For example, if the activity related to access gained through a particular door, the door and potentially the person who gained access are stored in the control panel log. Also, if the activity related to a financial transaction, the information relating to the transaction including amount and who performed the transaction are sent and stored at the control panel. There are, however, circumstances in which control panels associated with remote locations that are not regularly

US 7,706,778 B2

3

updated. If a person's status changes from authorized to unauthorized, it might take a relatively long time for the control panel associated with a remote door to get the message and bar the credential associated with this person from access. Furthermore, typical access control systems are limited in that control panels, either localized or central, are the only source that tracks, logs, and monitors the activity associated with a given access point. When entries take place in these conventional access control systems, the information is sent to the control panel where it stays. If someone would like to be aware of activity associated with the access control system they are usually required to physically go to the control panel itself.

SUMMARY OF THE INVENTION

It is thus one aspect of the present invention to provide a system and method that automatically updates credentials on a mobile device immediately after authorization changes have been made. In one embodiment, the system and method provides a controller (e.g., a control panel, number of control panels, host computer, number of host computers, server, and the like), a plurality of readers, and a plurality of mobile devices. Each of the plurality of mobile devices has a memory associated with them that stores credential information. The readers are typically associated with a particular asset (e.g., a door permitting access to a secure room, a computer permitting access to secure information, a lock permitting access to a safe, etc.). The readers communicate with the mobile devices to determine if the credential information stored on the memory of the mobile device permits the person using the mobile device to access a particular asset. Credential information is verified at the reader then transmitted to the controller in order to notify security personnel or the like about the activity that has just taken place at the reader. When credential information is changed at the controller (e.g., access rights for a particular user of a mobile device have been partially or fully revoked, updated, enabled, augmented, added, etc.), that changed information is relayed to the mobile device via a communication network. The memory of the mobile device is then updated to reflect the change that was logged at the controller.

As used herein, a "credential" or "credential information" is any data, set of data, encryption scheme, key, and/or transmission protocol used by a particular mobile device to verify its authenticity with a reader/interrogator.

In another embodiment of the present invention, a system and method for periodically updating and/or enabling the credentials of a mobile device and/or reader is provided. Specifically, the controller updates the credential information of a mobile device on a predetermined periodic basis. Every predetermined period (e.g., every second, minute, hour, day, etc.) the credentials associated with one or a population of mobile devices is updated. At the same time, in one embodiment of the invention, the information relating to the updated credentials is relayed to the readers so that when a valid mobile device is presented to a reader, the reader is aware of the updated credentials and can assess the validity of the mobile device appropriately. Alternatively, or in addition to updating the mobile device credentials, the mobile devices may require a periodic enablement of their credentials in order to maintain their validity. For example, the credential information associated with a particular mobile device may not change, but the information will be erased, expire, or the mobile device may not be allowed to transmit its credential information if it does not receive the periodic enablement messages from the controller. Therefore, when a user is no

4

longer permitted access to a particular asset, the automatic enablement messages are not sent to his/her mobile device. If a user has had their credentials revoked or changed for whatever reason, they may attempt to shield their mobile device from receiving any authorization disabling messages. By changing the logic of the mobile device such that the credentials periodically time out unless an enabling message is received from the control panel, attempts to maintain or prolong authorized credentials by shielding mobile devices from a disabling message are thwarted.

In yet another embodiment of the present invention, a system and method for relaying information associated with activities detected at a reader or set of readers to a mobile device is provided. Rather than keeping a log of the activity information only at the controller, selected mobile devices can receive the activity information from the controller. In a residential lock situation, the system can send a Short Message Service (SMS) message/signal or the like to the mobile device of the homeowner. A homeowner at work may want to know when a child, housekeeper, or other person enters and exits their house. The selected mobile device could retrieve the message employing a number of other methods. For example, records of activities at a particular reader can be logged at that reader. A mobile device authorized to recover the activity log could be presented to the reader and the log file could be transferred to and displayed on the mobile device. Likewise, the reader (or the mobile device) could send the log file to a computer via email using various types of text messaging protocols.

These and other advantages will be apparent from the disclosure of the invention(s) contained herein. The above-described embodiments and configurations are neither complete nor exhaustive. As will be appreciated, other embodiments of the invention are possible using, alone or in combination, one or more of the features set forth above or described in detail below.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram depicting an exemplary system for authenticating mobile devices and remotely updating credentials associated with the mobile devices in accordance with embodiments of the present invention;

FIG. 2 is a block diagram depicting a mobile device in accordance with embodiments of the present invention;

FIG. 3 is a flow chart depicting a method of remotely updating credentials associated with a mobile device in accordance with embodiments of the present invention;

FIG. 4 is a flow chart depicting a method of periodically updating credentials associated with a mobile device in accordance with embodiments of the present invention; and

FIG. 5 is a flow chart depicting a method of relaying access activity in an exemplary system to a mobile device in accordance with embodiments of the present invention.

DETAILED DESCRIPTION

The present invention is generally directed toward a system and method for using mobile communication devices as personal credential verification devices. Specifically, the present invention utilizes communication techniques and protocols to automatically and remotely update credential information associated with one or a set of mobile devices.

FIG. 1 depicts an access network 100 used to verify the identity of at least one mobile device. In one embodiment of the present invention, the system 100 comprises a controller 102, a hub 104, a plurality of readers $108_{1-n}$, and a plurality of

5

mobile devices $112_{1-k}$ such that n and k are integers wherein n and k are greater than or equal to one, and typically k is greater than n. The plurality of readers $108_{1-n}$ may include readers 108 of the same type, as well as readers of different types. For example, a subset of the plurality of readers $108_{1-n}$ may be legacy readers (e.g. readers using older transmission protocols). Whereas another subset of the plurality of readers $108_{1-n}$ may be newer readers utilizing improved and/or more secure protocols.

In the depicted embodiment, the readers 108 are coupled to the controller 102 via the interconnecting hub 104 through interfaces 124 and 128. In an alternate embodiment, the readers 108 may be directly coupled to the respective inputs/outputs of the controller 102 via interface 129. Interfaces 124 and 128 between the readers 108, the hub 104, and the controller 102 and interface 129 are generally bi-directional interfaces, which may selectively be implemented in a form of wired, wireless, fiber-optic communication links, or combinations thereof. Even though the interfaces 124, 128, and 129 are depicted as bi-directional interfaces, one of skill in art can appreciate that the interfaces 124, 128, and 129 may be implemented as unidirectional interfaces that use a unidirectional communication protocol, for example, the Wiegand protocol.

As can be appreciated by one of skill in the art, the interfaces 124, 128, and 129 may be implemented utilizing buses or other types of connections. For example, the I/O ports may be one or more of a USB port, parallel port, serial port, Small Computer Systems Interface (SCSI) port, modem, Ethernet, and/or an RF interface. The protocols used to communicate between the controller 102 and the readers 108 may include one or more of the TCP/IP protocol, RS 232, RS 485, Current Loop, Power of Ethernet (POE), Bluetooth, ZigBee, GSM, WiFi, and other communication methods and protocols known in the art.

Bi-directional RF interfaces 120 between a reader 108 and a mobile device 112 are automatically established when the mobile device 112 is placed within an active zone (not shown) of the interrogating reader 108. The active zone of the reader 108 is defined as a three dimensional space where the intensity of RF signals emitted by the reader exceeds a threshold of sensitivity of the mobile device 112 and the intensity of RF signals emitted by the mobile device 112 exceeds a threshold of sensitivity of the reader 108. The interface 120 shown can be between one or a number of readers 108 and one or a number of mobile devices 11. Furthermore, the interface 120 may utilize known methods and protocols including NFC protocol, Infra Red communication methods, Bluetooth, Zig-Bee, GSM, WiFi, and/or other protocols known to those of skill in the art.

The controller 102 may be a general-purpose computer adapted for multi-task data processing and suitable for use in various settings including, but not being limited to, business, commercial, residential, and industrial settings. Examples of suitable types of controllers 102 include, but are not limited to, a control panel, a number of control panels, a host computer, a processor, a server, combinations thereof, and other controllers known to those of skill in the art. A memory of the controller 102 comprises software program(s) containing a database of records for the access system 100. Alternatively, a database 130 may be separated from the controller 102 as depicted in FIG. 1. The database 130, whether integral to the controller 102, separate from the controller 102, or both, maintains records associated with the readers 108, mobile devices 112 and their respective holders or users, algorithm(s) for acquiring, decoding, verifying, and modifying data contained in the mobile device, algorithm(s) for testing authen-

6

ticity and validity of the mobile devices 112, and algorithm(s) for implementing the results of these tests. Specific configurations of the controller 102 are determined based on and compliant with computing and interfacing capabilities of the readers 108 and/or the hub 104. As used herein, in reference to an individual or an object associated with a mobile device 112, the terms a "holder" and a "user" are used interchangeably.

Each reader 108 is adapted for exchanging information with the controller 102 and for requesting data from the mobile device 112 to verify the authenticity of the mobile device. Typically, a reader 108 is associated with a particular asset (e.g., a door protecting access to a secure room, a computer lock protecting sensitive information or computer files, a lock on a safe, and the like). In one embodiment, upon verification of credential information stored on the mobile device 112, the reader 108 generates signals facilitating execution of the results of interrogating the mobile device (e.g., engages/disengages a locking mechanism, allows/disallows movement of a monitored article, temporarily disables itself, activates an alarm system, provides access to a computer system, provides access to a particular document, and the like). Alternatively, the controller 102 may generate such signals.

In addition to being proximity readers (e.g. readers that verify authenticity of smart cards, mobile devices and the like) the readers 108 may also have additional functionality. The readers 108 may include a keypad or other user input devices for receipt of additional user known passwords, contact card identification devices, and biometric authentication devices including voice recognition, retina scanners, finger print analyzers, facial feature analyzers, and the like.

In accordance with embodiments of the present invention, a stand-alone reader 108 may be utilized to perform the functionality of both the reader 108 and the controller 102. This stand-alone reader 108 may include, or have access to, the database 130 that contains data used to determine the authenticity of a mobile device 112 and/or algorithm(s) used to make the determination of authenticity of the mobile device 112. A determination of authenticity for a mobile device 112 is made at the receiving point rather than having to transmit data across a network from the reader 108 to a controller 102 in order to make a determination of authenticity. The stand-alone reader is further operable to execute instructions based upon the analysis of the mobile device 112.

A user typically carries the mobile devices 112 in order to verify his/her identity to a reader 108. Acceptable mobile devices 112 include, mobile cellular phones, personal digital assistants (PDAs), Blackberrys™, or any other mobile communication device that can be enabled for use in the access system 100 described. Essentially, the mobile device 112 can perform functions associated with typical mobile devices and can also act like a smart card, RFID, or other type of identification device. Typical identification devices utilize various protocols to communicate their credential information to a reader in order to gain access to a particular asset. The mobile devices 112, in accordance with embodiments of the present invention, are enabled to communicate with readers 108 in a similar fashion to that of smart cards and the like.

In accordance with embodiments of the present invention, the controller 102 is able to communicate with at least one of the plurality of the mobile devices 112 using a communication network 116. The communication network 116 utilized may be a conventional mobile radio network, for example, a GSM network, a Digital Cellular System (DCS), or Personal Communications Systems (PCS). The interface 132 may be a wired or wireless interface allowing the controller 102 to

US 7,706,778 B2

7

communicate with various other entities connected to the communication network 116. The mobile device 112 communicates with the communication network 116 via interface 136. The communication network 116 provides a way for the controller 102 to automatically notify and/or update information to the mobile devices 112 related to the access system 100. Additionally, the communication network 116 allows mobile devices 112 to communicate with each other.

Referring now to FIG. 2, an exemplary mobile device 112 will be described in accordance with embodiments of the present invention. In the depicted embodiment, the mobile device 112 comprises a memory 200, a processor 204, an RF receiver/transmitter 208 including an RF modulation/demodulation unit 212 and an RF antenna 216 for communication with a reader 108, an RF receiver/transmitter 230 including an antenna 226 and an RF modulation/demodulation unit 230 for communication with the communication network 116, an optional RF rectifier 220, and a power source 224. The processor 204 (e.g., an application specific integrated circuit (ASIC), microprocessor, programmable controller, or the like) uses bi-directional interfaces to communicate with various other parts of the mobile device 112.

One or more of the above-noted parts, of the mobile device may be located on a subscriber identification module (SIM) card, which identifies the user in the communication network 116. SIM cards are already utilized now in GSM, DCS, or PCS mobile apparatus, among other things. Also, the SIM card may be either a full-sized card or a plug-in card; it is connected to the mobile device through a contact region (not shown) on the surface of the card. Other card formats, as well as contact lists SIM cards, may, however, likewise be used within the scope of this invention. U.S. Pat. No. 6,859,650 to Ritter, which is herein incorporated by this reference in its entirety, describes using a SIM card located in a mobile device and an interface to communicate with external devices, without use of a mobile radio network.

As can be seen in FIG. 2, the mobile device 112, in one embodiment, communicates with external devices via two bi-directional interfaces 120 and 136. For example, the interface 120 where the RF antenna 216 transmits RF signals through free-space to be received by the reader 108. The reader 108 has a transceiver mounted thereon to receive the RF signals transmitted by the mobile device 112. The RF antenna 216 used by the mobile device 112 to create interface 120 may be a coil made by winding of a wire, by printing or etching of a conductor film, or with strip lines. Depending on the application, a transmission frequency, for instance, of 125 kHz, 13.56 MHz, 400 MHz or 5.2 GHz is used, the applied frequency also being dependent on the data transmission where needed. A frequency of about 13.56 MHz is preferred. However, in order to ensure compatibility with the readers 108, various other frequencies may be used. Through interface 120, the mobile device 112 and the reader 108 can exchange data and programs with each other without contact and without making use of the communications network 116. As noted above, the interface 120 is created when the mobile device 112 enters an active region of a reader 108.

The memory 200 of the mobile device 112 generally comprises at least one array of non-volatile memory cells, e.g., static random access memory (SRAM) cells or Flash Memory Cells, among other types of non-volatile memory cells. The memory 200 may also comprise at least one array of dynamic random access memory (DRAM) cells. Therefore a content of at least a portion of the memory 200 may be pre-programmed and write protected thereafter, whereas the

8

content of other portions of the memory 200 may be selectively modified and/or erased by the controller 102 and/or the reader 108.

The mobile device 112, according to embodiments of the present invention, is used as an identification device. Identification information is preferably loaded into a secure area of the memory 200 where it can be accessed by the processor 204 to communicate to readers 208 via interface 120. Information loaded on the memory 200 may include credential information of the user of the mobile device 112, for instance, unique IDs, manufacture IDs, passwords, keys, encryption schemes, transmission protocols, and the like. Additionally, the memory 200 may contain executable functions that are used by the processor 204 to run other components of the mobile device 112. When presented to a reader 108, the RF antenna 216 typically receives interrogating signals via interface 120. The interrogating signals are in the form of RF signals produced by the reader 108.

In accordance with embodiments of the present invention, the memory 200 may further comprise self-authenticating data and/or functions. Examples of self-authenticating data include, but are not limited to, assets the mobile device 112 has access to, times of allowed access to each asset, and other data that can assist the mobile device in determining if it is eligible to gain access to a particular asset. The self-authenticating functions use the self-authenticating data to enable the mobile device 112 to make a determination of its own access rights with respect to an asset.

A mobile device 112 that determines its own access rights and permissions is typically referred to as a smart mobile device. In operation, a "smart" mobile device 112 is presented to a reader 108. The reader 108 is associated with one or more assets and the reader 108 is the gatekeeper of those assets. The reader 108 contains information about its associated assets and usually time of day information. Upon presentation of the mobile device 112 to the reader 108, the reader 108 supplies the asset information and time of day information to the mobile device 112. The mobile device 112 then analyzes the asset information and time of day information using its self-authenticating data. The mobile device 112 then makes a determination whether it is allowed to access the given asset (e.g., whether the holder of the mobile device 112 can have access to a room behind a door, a bank account, computer files, etc.) If the mobile device 112 determines that it is allowed access to the particular asset, then it sends a signal back to the reader 108 indicating that validation of the mobile device 112 has been confirmed and access should be granted. Upon confirmation of validation of the mobile device 112, the reader 108 will unlock the door, access the bank account, permit access to the computer files, or perform the requisite steps to grant access to the holder of the mobile device 112. If the mobile device 112 determines that it is not allowed access to the particular asset, then it can either do nothing or send a signal back to the reader 108 indicating that validation of the mobile device 112 was not confirmed and access should not be granted. Upon the receipt of this signal, the reader 108 may perform no action, generate a message indicating that access was not granted, sound an alarm, or perform some other sort of action in accordance with denying the holder of the mobile device 112 access to the asset.

In operation, the reader 108 and the mobile device 112 use pre-programmed communication protocols. To increase the probability of error-free operation, the same messages may redundantly be repeated a pre-determined number of times or during a pre-determined timed interval. The interrogating reader 108 generates an interrogating RF signal. The interrogating RF signal of the interrogating reader 108 (or, if the

US 7,706,778 B2

9

protocol used by the mobile device 112 is an active protocol, RF signals produced by the mobile device 112) is received by the RFID antenna 216 and is forwarded to the modulation/demodulation unit 212 that in turn demodulates the RF signal and provides the demodulated signal for processing to the processor 204. Upon receipt of the RF signal by the processor 204, the memory 200 is accessed and relevant credential information is retrieved from the memory 200 by the processor 204. The retrieved credential information is then passed on to the modulation/demodulation unit 212 where it is modulated and sent to the RF antenna 216. The RF antenna 216 provides the modulated signal back to the reader 108 via interface 120. At the reader 108 or controller 102 the credential information is processed to determine the validity of the mobile device 112.

The RF signals generated by the reader 108 inherently contain electromagnetic energy. The signals can be sent to the optional RF rectifier 220 and the energy from those signals can be converted into energy to run various components of the mobile device 112. A power source 224 is also available to supply power to any other component of the mobile device 112 depicted or not depicted.

In accordance with embodiments of the present invention, the RF receiver/transmitter 234 for communication with the communication network 116 receives update signals (or other communication signals) from the communication network 116. In the event that the signal received by the antenna 226 is an update signal from the controller 102, the update signal is sent from the antenna 226 to the RF modulation/demodulation unit 230 where the signal is demodulated. The demodulated signal is sent to the processor 204, which then updates the memory 200 based on the update signal. The RF receiver/transmitter 230 also allows the mobile device 112 to communicate with other devices connected to the communications network 116.

Referring now to FIG. 3, a method of automatically and remotely updating credential information on a mobile device 112 will be described in accordance with embodiments of the present invention. The method begins at step 300 then proceeds to step 304 where credential information is changed at the controller 102. As noted above, credential information can include any data, set of data, encryption schemes, keys, transmission protocol, and the like, used by a particular mobile device 112 to verify its authenticity to a reader 108. Altering, modifying, enabling, disabling, revoking, adding, and updating any portion of the credential information may effect a change in the credential information. The credential information changed at the controller 102 is then updated at the database 130 in step 308. Thereafter, in step 312, information is retrieved from the database 130 by the controller 102 relating to what mobile device the changed information was associated with. The mobile device corresponding to the changed information is then identified as the target device. For example, if the access rights of one user have been modified, then the mobile device 112 associated with that user is the only mobile device 112 that needs to have its respective memory 200 updated, and thus the single mobile device 112 is the targeted mobile device 112. Alternatively, a change may relate to a number of mobile devices 112 and each device will need to receive the updated information on its respective memory 200. Thus each mobile device 112 will become a targeted device.

Once a targeted device is determined in step 312, a message is sent from the controller 102 to the determined (targeted) mobile device 112 via the communication network 116 in step 316. That information is received at the mobile device 112 through interface 136 by the antenna 226 that forwards

10

this information to the RF modulation/demodulation unit 230 where the signal is demodulated. The RF modulation/demodulation unit 230 then sends the demodulated update signal to processor 204. The processor updates the memory 200 to reflect the change that was made at the controller 102 in step 320.

Referring now to FIG. 4, another method of updating, enabling, and/or revoking the credentials of a mobile device 112 will be described in accordance with embodiments of the present invention. The method starts at step 400 and proceeds to step 404 where a time interval between credential updates is determined. The time period may vary depending upon the requirements and security needs of the system 100. For example, the interval may be set to update credentials every second, minute, hour, day or a variation thereof. In step 408, new credential information is determined. As noted above, the new credential information may relate to one or a number of mobile devices 112. In step 412, the new credential information is sent to the readers 108. Specifically, the readers 108 need to be made aware of changes of credential information if the changes are related to transmission protocols, keys, password changes, and the like. In step 416, the new credential information is sent to the respective mobile devices 112. This process is performed to ensure, for example, only mobile devices that are in communication with the communication network 116 have their credentials updated. Typically, when a user is de-enrolled from an access list, a message will be sent via a communication from the controller 102 to the mobile device 112 to revoke the associated credential information from the memory 200. A message is sent to the mobile device 112 immediately when that user is de-enrolled and therefore any attempts to gain access to the system 100 will be denied.

If the user who is no longer authorized to gain access to the system 100 intends to create problems, he/she might try to prevent the memory 200 in his/her phone from being de-authorized thereby keeping his/her access credentials on the mobile device 112. One way a person might do this would be by switching his/her phone off or otherwise shield it from the incoming messages by disabling the antenna 226 or tampering with interface 136. Thereafter he/she may only turn on and expose the mobile device 112 immediately prior to trying to gain access to an asset through reader 108. In one embodiment of the present invention, a signal (i.e., an SMS signal) periodically transmitted to the mobile device 112 is required to keep the respective credentials active. Changing the system 100 logic so that the mobile device's 112 credentials time out periodically thwarts these attempts to stop a mobile device 112 from receiving a disable message. If the mobile device 112 does not receive an enabling message, then the credential information stored thereon will become obsolete.

In embodiments employing a smart mobile device 112, the periodically transmitted message may be required to keep the self-authenticating data and/or functions active and up to date. Essentially, a database of self-authenticating data may have a time out function such that after a predetermined amount of time, the self-authenticating data expires and erases itself. This way when a smart mobile device 112 is presented to a reader 108, it will not be able to validate its own access rights and thus will not be able to grant itself access to the asset associated with the given reader 108. The self-authenticating data may also be dynamically changing, thus if the mobile device 112 does not receive the updated version of the authenticating data, it will not be able to validate its own access rights.

Other functions of a mobile device 112 may also require periodic update/enabling signals in order to allow the smart mobile device 112 to validate its own access rights. For

US 7,706,778 B2

11

example, communications protocols or communication frequencies between a reader 108 and a mobile device 112 may also periodically change. If the mobile device 112 does not receive the updated communications directions, it will not be able to communicate properly with the reader 108, thus it will not be able to gain access to a particular asset.

An alternative embodiment would be to change protocols related to the communication interface 120. The changes could be sent via a message across the communications network 116 to the mobile device 112 such that the mobile device 112 is aware of the rolling or constantly changing credential information. For example, rolling access codes and keys may be applied to the readers 108 and the mobile devices 112. Any mobile device that is not in communication with the communication network 116 will not be updated with these rolling codes and will therefore not be able to be properly validated by reader 108.

In step 420, the amount of elapsed time since the last credential update is determined and if this time is determined to be greater than or equal to the determined update interval in step 424, the method goes to step 408 and new credential information is determined. However, if the time elapsed is not greater than the update interval, the process repeats step 420 until the periodic threshold is reached.

Referring now to FIG. 5, a method of relaying information relating to activities in an access system will be described in accordance with at least some embodiments of the present invention. The process starts at step 500 and then proceeds to step 504 where activity is detected at a reader 108. Information related to that activity is determined in step 508 and potentially logged. The information may be stored at reader 108 and/or sent to controller 102 to be stored in database 130. Thereafter, it is determined if a mobile device 112 is enabled to receive information about the activity that has just occurred in step 512. If there is a mobile device 112 enabled to receive information, the identity of that mobile device 112 is determined in step 516 by the controller 102, using a comparison of access rights and mobile device identities in the database. Otherwise, the logged information is not sent to any mobile device and the method ends at step 524. Once the enabled mobile device(s) 112 is determined in step 516, information relating to the activity is sent to the enabled mobile device(s) 112 in step 520.

As noted above, the information relating to the activity may be stored at the reader 108 and logged there. An enabled mobile device 112 may be presented to reader 108 and the log file of activities that have occurred at that particular reader 108 may be relayed to the enabled mobile device 112 in step 520. The information may also be sent to the mobile device via communications network 116 from the controller 102. Messages may be sent using an SMS message or other types of text messages known in the art. Additionally, the message may be sent via a voice recording to the mobile device 112 where the user of the mobile device can listen to an audio message rather than viewing a digital message.

The present invention, in various embodiments, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various embodiments, subcombinations, and subsets thereof. Those of skill in the art will understand how to make and use the present invention after understanding the present disclosure. The present invention, in various embodiments, includes providing devices and processes in the absence of items not depicted and/or described herein or in various embodiments hereof, including in the absence of such items

12

as may have been used in previous devices or processes, e.g., for improving performance, achieving ease and\or reducing cost of implementation.

The foregoing discussion of the invention has been presented for purposes of illustration and description. The foregoing is not intended to limit the invention to the form or forms disclosed herein. In the foregoing Detailed Description for example, various features of the invention are grouped together in one or more embodiments for the purpose of streamlining the disclosure. This method of disclosure is not to be interpreted as reflecting an intention that the claimed invention requires more features than are expressly recited in each claim. Rather, as the following claims reflect, inventive aspects lie in less than all features of a single foregoing disclosed embodiment. Thus, the following claims are hereby incorporated into this Detailed Description, with each claim standing on its own as a separate preferred embodiment of the invention.

Moreover, though the description of the invention has included description of one or more embodiments and certain variations and modifications, other variations and modifications are within the scope of the invention, e.g., as may be within the skill and knowledge of those in the art, after understanding the present disclosure. It is intended to obtain rights which include alternative embodiments to the extent permitted, including alternate, interchangeable and/or equivalent structures, functions, ranges or steps to those claimed, whether or not such alternate, interchangeable and/or equivalent structures, functions, ranges or steps are disclosed herein, and without intending to publicly dedicate any patentable subject matter.

What is claimed is:

1. A method of remotely maintaining a secure access system, comprising:

receiving, at a secure access system controller, a credential update for at least one user of the secure access system;

in response to receiving the credential update, said controller automatically initiating a system update process, the system update process comprising:

generating a message comprising information representing the credential update;

determining at least one target for said message, wherein said at least one target comprises at least one mobile device associated with the at least one user; and

transmitting said message to said at least one target; and

wherein said at least one mobile device has a first set of credential data stored thereon, wherein upon receiving said message from said controller, said first set of credential data is changed to a second different set of credential data, wherein said message is transmitted to said at least one mobile device without receiving a request for said message from said at least one user, wherein said at least one mobile device is a smart mobile device, wherein said first set of credential data comprises self-authenticating data, wherein said second set of credential data comprises different self-authenticating data, and wherein said self-authenticating data enables said at least one mobile device to make a determination of its own access rights with respect to an asset.

2. The method of claim 1, wherein the system update process further comprises transmitting said message to at least one of a reader and a database.

3. The method of claim 1, wherein said first set of credential data has at least one of a key, password, unique ID, encryption scheme, and transmission protocol that is different in said second set of credential data.

US 7,706,778 B2

13

4. The method of claim 1, further comprising, in the event that said at least one mobile device does not receive said message and is subsequently presented to a reader, determining, by said reader, that said at least one mobile device is invalid.

5. The method of claim 1, wherein said credential updates are received at the controller on a periodic basis.

6. The method of claim 1, further comprising:
receiving said message at said at least one mobile device; and
modifying at least a portion of memory of said at least one mobile device according to said updated credential information.

7. The method of claim 6, wherein said modifying comprises at least one of disabling and revoking at least a portion of said memory.

8. The method of claim 6, further comprising:
disabling at least a portion of said memory unless an enabling message is received.

9. The method of claim 1, further comprising de-enrolling a user of at least one mobile device from an access list, wherein said credential update is generated in response to de-enrolling said user from said access list.

10. The method of claim 1, wherein said message is transmitted over a cellular communication network.

11. The method of claim 1, wherein said message is transmitted by at least one of a radio frequency signal and a near field communication signal.

12. The method of claim 1, further comprising:
presenting said at least one mobile device to a reader;
generating a second message comprising information related to said at least one mobile device being presented to said reader; and
sending said second message to at least one of a database, controller, and another mobile device.

13. The method of claim 12, wherein said second message is sent via a short message service (SMS) message.

14. The method of claim 1, wherein said credential update is pushed toward said at least one mobile device without any solicitation by said at least one mobile device or a user of said at least one mobile device.

15. The method of claim 1, further comprising:
determining, by said at least one mobile device, that said at least one mobile device is not allowed access to the asset; and
in response to determining that said at least one mobile device is not allowed access to the asset, performing one of the following substeps:
(i) sending a signal back to a reader; and
(ii) doing nothing.

16. A secure access system, comprising:
at least one mobile device comprising memory, wherein said memory comprises credential information;
a controller that is operable to receive a credential update for at least one user of the secure access system and in response to receiving the credential update automatically initiate a system update process, wherein during the system update process the controller is operable to automatically cause a message to be generated that comprises said updated credential, and cause said message to be transmitted to said at least one mobile device associated with said at least one user, wherein credential information on said memory is altered in response to receiving said message, wherein said credential update is initiated by an entity other than said at least one user, wherein said at least one mobile device is a smart mobile device, wherein said credential information comprises

14

self-authenticating data, wherein said self-authenticating data is altered, and wherein said self-authenticating data enables said at least one mobile device to make a determination of its own access rights with respect to an asset.

17. The system of claim 16, further comprising:
at least one reader for determining an authenticity of said at least one mobile device; and
a database for maintaining information related to said system, wherein said controller is further operable to cause a second message to be generated that comprises said updated credential and cause said second message to be transmitted to at least one of said reader and said database.

18. The system of claim 17, wherein, in the event that said at least one mobile device does not receive said message, credentials of said at least one mobile device become obsolete.

19. The system of claim 18, wherein, upon presentation of said at least one mobile device to said at least one reader, the authenticity of said at least one mobile device is determined to be invalid.

20. The system of claim 16, wherein said credential information altered on said memory comprises at least one of a key, password, unique ID, encryption scheme, and transmission protocol.

21. The system of claim 16, wherein credential updates are received at said controller on a periodic basis.

22. The system of claim 16, wherein credential information on said memory is at least one of disabled and revoked in response to receiving said message.

23. The system of claim 16, wherein said mobile device comprises a timing-out mechanism, wherein said timing-out mechanism is operable to disable said memory unless an enabling message is received from said controller.

24. The system of claim 16, wherein said controller causes said message to be transmitted to said mobile device via at least one of a global system for mobile communications, a digital cellular system, and a personal communications system.

25. The system of claim 16, wherein said at least one mobile device is at least one of a cellular phone, and personal digital assistant.

26. The system of claim 16, wherein said credential update is initiated in response to de-enrolling at least one user from a list of authorized users.

27. The system of claim 16, wherein said at least one mobile device comprises a plurality of mobile devices, and wherein credential information in each one of the plurality of mobile devices is altered.

28. The system of claim 16, wherein said at least one mobile device comprises a plurality of mobile devices, and wherein credential information in less than all of the plurality of mobile devices is altered.

29. The system of claim 16, wherein said message is transmitted via at least one of a radio frequency and near field communication signal.

30. The system of claim 16, wherein said message is transmitted via a cellular communications network.

31. The system of claim 16, wherein said credential update is pushed toward said at least one mobile device without any solicitation by said at least one mobile device or a user of said at least one mobile device.

32. The system of claim 16, wherein said at least one mobile device is adapted to make a self-determination that it is not allowed access to the asset and, in response to deter-

US 7,706,778 B2

15

mining that it is not allowed access to the asset, either (i) send a signal indicating the self-determination or (ii) do nothing.

**33.** A mobile device for use by a user in a secure access system, comprising:

a memory, wherein said memory comprises credential information; and

an interface operable to communicate with a reader and further operable to receive messages relating to updated-credential information, wherein, upon receipt of a first message, said credential information for the user is automatically changed from a first state to a second state, wherein said messages relating to updated-credential information are received without said at least one user transmitting a request for said messages, wherein said credential information comprises self-authenticating data, wherein said self-authenticating data is different between said first state and said second state, and wherein said self-authenticating data enables said mobile device to make a determination of its own access rights with respect to an asset.

**34.** The device of claim **33**, wherein, in the event that said first message is not received, said credential information is maintained in said first state and as a result becomes obsolete.

**35.** The device of claim **34**, wherein said reader is operable to determine an authenticity of said mobile device based at least in part upon said credential information, and upon presentation of said mobile device to said reader, the authenticity of said mobile device is determined to be invalid.

16

**36.** The device of claim **33**, wherein said reader is associated with a controller and the controller is operable to determine an authenticity of said mobile device based at least in part upon said credential information.

**37.** The device of claim **36**, wherein said reader is operable to determine an authenticity of said mobile device based at least in part upon said credential information.

**38.** The device of claim **33**, wherein said credential information comprises at least one of a key, password, unique ID, encryption scheme, and transmission protocol.

**39.** The device of claim **33**, wherein said at least one of a key, password, unique ID, encryption scheme, and transmission protocol is different in said first state than in said second state.

**40.** The device of claim **33**, further comprising a timing-out mechanism, wherein said timing-out mechanism is operable to disable said memory unless an enabling message is received.

**41.** The device of claim **33**, wherein a near field communications protocol is used by said first interface to communicate with said reader.

**42.** The device of claim **33**, wherein said mobile device is adapted to make a self-determination that it is not allowed access to the asset and, in response to determining that it is not allowed access to the asset, either (i) send a signal indicating the self-determination or (ii) do nothing.

* * * * *

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation; and ASSA ABLOY AB, a Swedish Limited Liability Company, | KWIKSET CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, |

| (b) County of Residence of First Listed Plaintiff    Orange | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| Michael T. Hornak, SBN 81936, mhornak@rutan.com<br>Ronald P. Oines, SBN 145016, roines@rutan.com<br>Bradley A. Chapin, SBN 232885, bchapin@rutan.com<br>Ravi Mohan, SBN 280673, rmohan@rutan.com<br>RUTAN & TUCKER, LLP, 611 Anton Blvd, 14th Floor<br>Costa Mesa, CA 92626        Telephone: 714-641-5100 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No

☒ **MONEY DEMANDED IN COMPLAINT:**   $ According to Proof.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 896 Arbitration | | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | **LABOR** | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. | | | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |

**SACV14-00947 CJC (DFMx)**

| | | | | |
|---|---|---|---|---|
| ☐ Procedures Act/Review of Appeal of Agency Decision<br><br>☐ 950 Constitutionality of State Statutes | ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accommodations<br>☐ 445 American with Disabilities-Employment<br>☐ 446 American with Disabilities-Other<br>☐ 448 Education | ☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Ret. Inc. Security Act |

**FOR OFFICE USE ONLY:**          Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | Southern |
|  | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* | [ ] YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
|  |  | [ ] NO.  Continue to Question B.2. |
| [ ] Yes  [X] No | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* | [ ] YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. |  | [ ] NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* | [ ] YES.  Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
|  |  | [ ] NO.  Continue to Question C.2. |
| [ ] Yes  [X] No | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* | [ ] YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no, " skip to Question D.  If "yes," answer Question C.1, at right. |  | [ ] NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [X] | [ ] | [ ] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [X] | [ ] | [ ] |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| [X] Yes  [ ] No | [ ] Yes  [ ] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. | If "no," your case will be assigned to the WESTERN DIVISION. |
|  | Enter "Western" in response to Question E, below. |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above | SOUTHERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes  [X] No |

American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:**  Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:**  Is this case related (as defined below) to any cases previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are related when they:**  (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) for other reasons would entail substantial duplication of labor if heard by different judges.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED
LITIGANT):**          DATE: June 17, 2014

Ronald P. Oines

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com